ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Public Warehousing Company K.S.C. | ) ASBCA No. 59020 |
| | ) |
| Under Contract Nos.  SP0300-03-D-3061 | ) |
|   SPM300-05-D-3119 | ) |
|   SPM300-05-D-3128 | ) |

APPEARANCES FOR THE APPELLANT:          Michael R. Charness, Esq.
                                        Jamie F. Tabb, Esq.
                                        Ralph C. Mayrell, Esq.
                                        Steven Herrera, Esq.
                                          Vinson & Elkins L.L.P.
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Daniel K. Poling, Esq.
                                          DLA Chief Trial Attorney
                                        John F. Basiak, Jr., Esq.
                                        Keith J. Feigenbaum, Esq.
                                        Kari L. Scheck, Esq.
                                        Nathaniel A. Work, Esq.
                                          Trial Attorneys
                                          DLA Troop Support
                                          Philadelphia, PA

## ORDER OF DISMISSAL

Appellant has filed an unopposed motion to dismiss with prejudice. Accordingly, this appeal is dismissed with prejudice.

Dated:  13 June 2017

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59020, Appeal of Public Warehousing Company K.S.C., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals